```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
CARMEN SIEGMUND,
```

|  |  |
|---|---|
| Plaintiff, | **ORDER ADOPTING R&R** |
| -against- | 15-CV-129 (DRH)(AKT) |

```
CAROLYN W. COLVIN, as Acting
Commissioner of the Social Security
Administration,
                        Defendant.
----------------------------------------------------X
```

**HURLEY, Senior District Judge:**

## INTRODUCTION

Presently before the Court is the Report and Recommendation ("R&R"), dated March 11, 2019, of Magistrate Judge A. Kathleen Tomlinson, recommending that Plaintiff's motion for attorney's fees be granted, and that the Social Security Administration ("SSA") be directed to remit to Plaintiff's counsel $18,910.00 in attorney's fees, representing twenty-five percent of Plaintiff's past-due Social Security Disability benefits. The time to file objections has expired, and no objections have been filed.

Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the R&R for clear error, and finding none, now concurs in both its reasoning and its result. Accordingly, the Court adopts the March 11, 2019 R&R of Judge Tomlinson as if set forth herein. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion is granted and the SSA is directed to remit to Plaintiff's counsel $18,910.00 in attorney's fees.

Dated: Central Islip, N.Y.
       April 11, 2019                           /s/
                                        _____
                                        Denis R. Hurley
                                        United States District Judge